IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SOPHIA O'NEILL,<br>    Plaintiff,<br><br>v.<br><br>THE TRUSTEES OF THE UNIVERSITY OF PENNSYLVANIA,<br>    Defendants. | CIVIL ACTION NO.: 2:25-cv-01129<br><br>Judge R. Barclay Surrick<br><br>**JURY TRIAL DEMANDED** |

**DISCLOSURE STATEMENT FORM**

Please check one box:

__X__ The nongovernmental corporate party, <u>The Trustees of the University of Pennsylvania</u>, in the above listed civil action does not have any parent corporation and publicly held corporation that owns 10% or more of their stock.

_____ The nongovernmental corporate party, _____, in the above listed civil action has the following parent corporation(s) and publicly held corporation(s) that owns 10% or more of its stock: _____.

Dated: May 2, 2025

Respectfully Submitted,

By: _____
   Jeffrey A. Sturgeon

PAUL HASTINGS LLP
1650 Market Street
Philadelphia, PA 19103

200 Park Avenue
New York, New York  10166
Telephone: (212) 318-6000
Facsimile: (212) 319-4090

Remy Snead*
remysnead@paulhastings.com
PAUL HASTINGS LLP
71 South Wacker Drive
Chicago, IL 60606
Telephone: (312) 499-6000
Facsimile: (312) 499-6100

Allison Talker*
allisontalker@paulhastings.com
PAUL HASTINGS LLP
200 Park Avenue
New York, NY 10166
Telephone: (212) 318-6000
Facsimile: (212) 319-4090

Attorneys for Defendant

TRUSTEES OF THE UNIVERSITY OF PENNSYLVANIA

* *Pro Hac Vice* application forthcoming