IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SOPHIA O'NEILL | : | CIVIL ACTION |
| | : | |
| v. | : | NO. 25-1129 |
| | : | |
| TRUSTEES OF THE UNIVERSITY OF PENNSYLVANIA | : : | |

# ORDER

**AND NOW**, this 31st day of October 2025, upon considering Defendant's Motion for summary judgment (ECF 29), Plaintiff's Opposition (ECF 34), Defendant's Reply (ECF 40), and for reasons detailed in today's accompanying Memorandum confirming no genuine issue of material fact as to the university creating a hostile work environment, constructive discharge, or retaliation allowing us to confirm judgment is warranted as a matter of law in favor of the university employer in a case arising from sexual harassment by a university student towards a post-graduate teaching assistant, it is **ORDERED** we **GRANT** Defendant's Motion (ECF 29) and **direct** the Clerk of Court **CLOSE** this case.

_____
**KEARNEY, J.**